# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

RUBEN VALDEZ, JR.

    Defendant.

7:19- MJ-0737

Case:2:19-mj-30137
Judge: Unassigned,
Filed: 03-21-2019 At 10:52 AM
RE: SEALED MATTER (EOB)

---

## MOTION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT

---

THE UNITED STATES OF AMERICA requests the court to seal the Complaint, Arrest Warrant, and all attendant papers for the reason that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

Rajesh Prasad
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Rajesh.Prasad@usdoj.gov
313-226-0821
P68519

IT IS SO ORDERED.

David R. Grand
United States Magistrate Judge

Entered: MAR 2 1 2019

## AFFIDAVIT

I, Kevin Patrick Doyle, a Special Agent (SA) with the Federal Bureau of
Investigation (FBI), Detroit Division, being duly sworn, depose and state as
follows:

## I.   INTRODUCTION

1. I have been employed as a Special Agent with the FBI since February 2010 and
   am currently assigned to the FBI Detroit Division's Organized Crime Drug
   Enforcement Strike Force. As a federal agent, I am authorized to investigate
   violations of laws of the United States and to execute warrants issued under the
   authority of the United States.

2. I make this affidavit from personal knowledge based on my participation in this
   investigation, communications with others who have personal knowledge of the
   events and circumstances described herein, review of police reports, and
   information gained through training and experience. The information outlined
   below is provided for the limited purpose of establishing probable cause and,
   therefore, does not contain all details or all facts of which I am aware relating to
   this investigation.

## II.   SUMMARY OF INVESTIGATION

3. On June 15, 2016, agents from FBI CHIEF Task Force established surveillance
   at the Hawthorne Inn and Suites on Southfield Road, Detroit, Michigan. They

1

initially focused on room 711 and a silver, 2012 Ford F-150 pick-up truck with Maryland plates, registered to RUBEN VALDEZ, JR. Watching room 711 throughout the day, CHIEF identified three occupants: VALDEZ, Jr., a Hispanic male, 5'7" tall, 220 pounds, 45 years old; "G-Man," a Hispanic male, possibly in his 40's, 6-feet tall, with a mustache, salt and pepper hair and a large scar on his cheek; and, "Shorty," a Hispanic male, 5'4" tall, approximately 300 pounds with combed hair. At 7:30 pm, SA Cole saw a black male from Detroit, Michigan, identified as Troy Harris, enter room 711. Except for two smoke breaks, Harris stayed in the hotel room until 8:34 pm, when he and another black male left. Based on the information contained in paragraphs 9 through 11, I believe the black male was Michael Griffin and will refer to him as "Griffin" throughout this affidavit. Griffin and Harris entered a black Chevrolet Tahoe with Alabama license plate 2550AP2 and left the hotel.

4. At 11:00 pm, SA Wiegand saw VALDEZ Jr.'s Ford F-150 arrive at 22742 West Chicago, parking in the garage. The Alabama black Tahoe was parked on the street occupied by Griffin. At 11:30 pm, a green pick-up truck arrived at Chicago. Griffin exited the Tahoe and entered the residence. Five minutes later, the green pick-up truck departed and Griffin returned to the Alabama Tahoe. At 11:56 pm, the Ford F-150 left the garage and returned to the hotel. The Alabama Tahoe left 22742 West Chicago at the same time.

2

5. On June 16, 2016 at 12:20 pm, agents watched "G-Man" and VALDEZ, Jr.,
buy duct tape at Home Depot and later return to the hotel. At 1:06 pm, Harris
returned to the hotel in a different vehicle. He entered room 711 and met with
the three Hispanic males. Eight minutes later, Harris left carrying bags and
went to 22742 West Chicago. At 1:41 pm, "G-Man" and VALDEZ, Jr., drove
to 22742 West Chicago, and entered the garage. Agents soon saw "G-Man"
and VALDEZ, Jr., working and looking under the dashboard of VALDEZ, Jr.'s,
F-150. VALDEZ, Jr., then looked and worked behind the seat. Six minutes
after they arrived, "G-Man" and VALDEZ, Jr., left 22742 West Chicago at 1:59
pm and returned to the hotel. Agents saw "G-Man" and VALDEZ, Jr., at the
hotel smiling and high fiving. At 2:12 pm, VALDEZ, Jr., entered his F-150
alone and drove away. Minutes later, Harris met "G-Man" and "Shorty" at the
hotel and stayed for half an hour. At 3:59 pm, "G-Man" left the hotel room
carrying a large black duffel bag, met a black Lincoln MKS and drove away.

6. At 3:03 pm, the FBI CHIEF Task Force stopped VALDEZ in his F-150.
VALDEZ gave consent for a search of his vehicle and CHIEF located
$315,660.00 in U.S. currency wrapped in duct tape, hidden in a concealed
compartment – electronic trap – behind the seat. VALDEZ denied ownership of
the currency and the currency was seized.

7. On June 16, 2016, CHIEF Task Force Agent Zoler interviewed VALDEZ, Jr. After advising VALDEZ, Jr., of his Miranda rights, VALDEZ, Jr., knowingly and voluntarily waived those rights and agreed to speak with TFA Zoler. VALDEZ, Jr., stated he was instructed to travel to Michigan from Texas by an individual he only knew as "$$$," as listed in his phone contacts, for the purpose of transporting cash from Michigan to Maryland where it would be loaded onto a semi-truck. VALDEZ, Jr., stated he knew the money was received as payment for narcotics. Additionally, VALDEZ, Jr., showed CHIEF Task Force members how to operate the concealed compartment in the pickup truck.

8. I have run a criminal history check on RUBEN VALDEZ, JR., date of birth: --/--/1971, and found convictions for conspiracy to possess with intent to distribute and to distribute 100 kilograms or more of Marijuana from a conviction dated May 31, 2005. VALDEZ, Jr., also has a felony conviction from 1991 for conspiracy to possess with intent to distribute marijuana.

9. On January 9, 2017, FBI Special Agent Wayne Gerhardt interviewed Michael Griffin, a black male from Birmingham, Alabama. After advising Griffin of his Miranda rights, Griffin knowingly and voluntarily waived those rights and agreed to speak with SA Gerhardt. Griffin stated he would receive 3 to 10 kilograms of cocaine at a time from a Mexican individual he identified as

4

"Shorty" at a price of $34,000 per kilogram. Griffin and "Shorty" began

working together in June of 2016. Griffin stated he was introduced to "Shorty"

by Troy Harris from Detroit, Michigan in June of 2016.

10. Griffin discussed a large seizure of cash involving Harris, in May or the

beginning of June of 2016 that occurred in Michigan. Griffin stated that an F-

150 pickup truck, destined for Philadelphia, was stopped and a false

compartment "jammed with cash" was located by police. According to Griffin,

the money had been used to purchase a large quantity of narcotics from

"Shorty."

11. A subsequent review of call detail records for the phone number Griffin had in

June 2016, revealed Griffin was in Detroit on June 14 and 15, 2016. Consistent

with the surveillance by members of FBI CHIEF Task Force, Griffin's call

detail records last place him in Detroit at 12:06 am on June 16, 2016.

12. Agents have identified "G-Man" as Mariano Garcia. Garcia's call detail

records for June 2016 also corroborated the surveillance by FBI CHIEF Task

Force. They place Garcia in Detroit from June 13 through 17, 2016.

### III.   CONCLUSION

13. Based on the above, there is probable cause to believe RUBEN VALDEZ, JR.

knowingly participated in conspiracies to deliver controlled substances, in

violation of 21 U.S.C. §§ 846, 841(a)(1), and to launder monetary instruments,

in violation of 18 U.S.C. § 1956 (h), beginning in June of 2016 in the Eastern

District of Michigan.

_____
Kevin Patrick Doyle, Special Agent
Federal Bureau of Investigation

MAR 2 1 2019
Sworn to before me and signed in my presence
this 20th day of March 2019.

DAVID R. GRAND

_____
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

6